UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD L. KLAMAN,<br><br>        Plaintiff,<br><br>   v.<br><br>PRUDENTIAL FINANCIAL, INC.,<br>and DOES 1-10, inclusive,<br><br>        Defendants. | No.  CIV. S-14-672 LKK/CKD<br><br>**ORDER OF RECUSAL AND REASSIGNMENT** |

    It appearing to the undersigned, the judge to whom this case is presently assigned for all purposes, that the provisions of 28 U.S.C. § 455 mandate the disqualification of the undersigned.

    IT IS HEREBY ORDERED that:

    1.   The undersigned recuses himself as the judge to whom this case is assigned;

    2.   All currently scheduled dates in the above-captioned action are **VACATED;**

    3.   The Clerk of the Court reassign this case to another judge for all further proceedings, making appropriate adjustments in the assignments of civil cases to compensate for such

1

1  reassignment; and
2       4.   This case is REASSIGNED to the Honorable Kimberly J.
3  Mueller, United States District Judge.
4       IT IS SO ORDERED.
5       DATED: March 20, 2014.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2